No. 7.—Municipio de Fajardo, Promovente, *v.* Robles, Jr., Demandado.—*Injunction.* Nov. 7, 1924. `Denegado por no aparecer que éste sea uno de los casos en que la corte tiene jurisdicción, vista la ley de 1906 sobre *injunctions.*

No. 2318. — El Pueblo, Apdo., *v.* Torres, Aplte. — C. D. San Juan, Distrito 2º. Acometimiento y agresión. Nov. 10, 1924. No habiendo el apelante archivado ningún pliego de excepciones o exposición del caso, *se confirma* la sentencia apelada.

No. 3441. — Pereyó, Jr., Apldo., *v.* de Jesús, Aplte. — C. D. Humacao. Nov. 11, 1924. Desahucio. Desestimado el recurso a instancia del apelado por no haberse interpuesto la apelación dentro del término fijado por la ley.

No. 3456.—Vázquez, Aplte., *v.* Roselló et al., Apldos.— C. D. Ponce, Nov. 11, 1924. Apareciendo que en febrero 28, 1924, la corte inferior concedió al apelante un término de 20 días para que el taquígrafo preparara la evidencia el cual expiraba en marzo 19, 1924; apareciendo además que la transcripción no fué radicada dentro del término concedido y que la siguiente prórroga se pidió en marzo 20, 1924, o sea un día después de vencido el término y que las subsiguientes prórrogas fueron también pedidas y concedidas fuera de tiempo, se declara con lugar la moción y *se desestima* el recurso.

No. 3392. — Villafañe, Aplte., *v.* Municipio de Yabucoa, Apldo.—No. 3393.—Méndez Hnos. & Co., Aplte., *v.* Municipio de Yabucoa, Apldo. — No. 3394. — Yabucoa Sugar Co., Aplte., *v.* Municipio de Yábucoa, Apldo. — C. D. Humacao. *Cert.* Nov. 13, 1924. Apareciendo de los autos que en efecto el alegato se archivó un día después de vencido el término y horas más tarde de radicada la moción de desestimación, no habiéndose presentado ninguna causa realmente meritoria para que esta corte ejercite su discreción en estos casos, se declara con lugar la moción y se desestima el recurso.